# United States Bankruptcy Court
## Middle District of Florida

In re   **NB Shades, LLC**

_____   Case No. _____
                          Debtor(s)      Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **NB Shades, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 18, 2025**
_____
Date

**/s/ Katheryn E. Hancock**
_____
**Katheryn E. Hancock**
Signature of Attorney or Litigant
Counsel for   **NB Shades, LLC**
**Thames | Markey**
**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
**904-358-4000 Fax:904-358-4001**
**keh@thamesmarkey.law**