**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: NB SHADES, LLC,                          Chapter 7

Debtor.                                         Case No. 3:25-bk-02032-JAB

_____

**NOTICE OF APPEARANCE AS COUNSEL**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned attorney, Derek K. Mountford, Esq., appears as counsel to Shibumi Shade, Inc. ("Shibumi"), and pursuant to, *inter alia*, Rules 2002 and 9010, Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned attorney.

The foregoing request includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Shibumi, with respect to: (a) the Debtor; (b) property of the estate, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the Debtor may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by Shibumi.

PLEASE TAKE FURTHER NOTICE that neither the filing of this Notice of Appearance nor anything contained herein is intended to waive or shall constitute a waiver of any rights of Shibumi, all of which are expressly reserved.

1

Dated: July 10, 2025

Respectfully Submitted,

*/s/ Derek K. Mountford*
Derek K. Mountford
Florida Bar No. 127172
GUNSTER, YOAKLEY & STEWART, P.A.
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202
(904) 354-7179; Fax: (904-354-2170
Primary Email:        dmountford@gunster.com
Secondary Email:      wpruim@gunster.com
***Attorney for creditors Shibumi Shade, Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice was furnished via regular U.S. Mail to Debtor, NB Shades, LLC, DBA SunSail Shades, 225 Myra Street, Neptune Beach, FL 32266, and by electronic mail to Debtor's Counsel, Katheryn E. Hancock, Esq., Thames | Markey, 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 at keh@thamesmarkey.law; and by electronic mail to U.S. Trustee, Gregory K. Crews, 8584 Arlington Expressway, Jacksonville, FL 32211 at greg@crewslegal.com , and United States Trustee - JAX 13/7, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210; and all parties who receive notice electronically through CM/ECF on this 10th day of July 2025.

*/s/ Derek K. Mountford*
Derek K. Mountford, Esq.